**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Guadalupe Lugo v. Regions Bank, Ginger Lott, Temporary Guardian of the Person and Estate Pending Contest, and Marissa Garcia, Guardian Ad Litem

Appellate case numbers: 01-22-00438-CV

Trial court case number: 382193

Trial court: Probate Court No. 4 of Harris County

Appellant, Guadalupe Lugo, has filed an "Amended Motion for Leave to File Appellant's Brief Untimely," which we construe as a motion for leave to file an amended appellant's brief. The motion for leave is **GRANTED**.[1]

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                          Acting individually

Date: __January 31, 2023___

---

[1] Appellant also filed a motion to extend time to file her appellant's brief, which was granted on January 20, 2023. Appellant's amended appellant's brief was filed on January 20, 2023.